UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL AVILES,** | |
| Plaintiff(s), | |
| -vs- | Civil Action No.: 18-1940 (BRM) |
| **CONRAD CAVIN TILSON, et al.,** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant(s). | |

It is hereby stipulated and agreed that the above matter is hereby dismissed against all parties, with prejudice, and without costs.

Dated:

_____
CHARLES M. HAMMER, ESQ.
Attorney for Plaintiff(s)

_____
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY, LLLP
Attorney for Defendant(s)

"SO ORDERED."

Date: 3/8/2021        Brian R. Martinotti, U.S.D.J.